**Joyce A. WHITE, Plaintiff–Appellant,**

v.

**CAPITOL FEDERAL SAVINGS, Defendant–Respondent.**

**No. WD 42833.**

Missouri Court of Appeals, Western District.

Aug. 21, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Joyce A. White, Kansas City, pro se.

David P. Hargrave, Kansas City, for defendant-respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from judgment denying a motion to set aside a judgment for irregularity.

Affirmed. Rule 84.16(b)

**Charles BURRELL, Jr., Appellant,**

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION, Missouri Division of Employment Security, and Kelly Services, Inc., Respondents.**

**No. WD 42881.**

Missouri Court of Appeals, Western District.

Aug. 21, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Charles Burrell, Jr., pro se.

James B. Crenshaw, Jefferson City, for respondent Labor & Indus. Relations Com'n.

Sharon A. Willis, Kansas City, Sandy Bowers, Jefferson City, for respondent Div. of Employment Sec.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from dismissal of petition for judicial review of an order of the Labor and Industrial Relations Commission.

Judgment affirmed. Rule 84.16(b).